```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     v.                    )     No. 4:06 CR 25 CEJ
                           )                    DDN
TONYA SCHWEITZER,          )
                           )
          Defendant.       )

### MEMORANDUM

This action is before the court upon the pretrial motions of defendant Tonya Schweitzer which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for March 16, 2006.

Defendant Schweitzer filed no pretrial motions, and counsel for defendant Schweitzer filed a written waiver of her right to file motions and to participate in an evidentiary hearing. On March 16, 2006, defendant Schweitzer appeared in open court, with counsel, and advised the undersigned that she had decided not to raise any issues by way of pretrial motions. She thereupon waived her rights to file pretrial motions and to have a pretrial hearing.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 16, 2006.